Certificate Number: 05781-CAE-DE-041284013

Bankruptcy Case Number: 26-23614



05781-CAE-DE-041284013

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 3, 2026, at 7:43 o'clock PM PDT, Jonathan Bush Jr completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of California.

Date:　August 3, 2026　　　　　　　　By:　　/s/Allison M Geving

　　　　　　　　　　　　　　　　　　Name:　Allison M Geving

　　　　　　　　　　　　　　　　　　Title:　President